OPINION — AG — **** FINANCIAL RESPONSIBILITY LAW — BANKRUPTCY **** THE UNITED STATES SUPREME COURT DECISION IN PEREZ V. CAMPBELL, 91 S.CT. 1704, IS APPLICABLE TO THE PROVISIONS OF 47 O.S. 1971 7-315 [47-7-315], OF THE OKLAHOMA FINANCIAL RESPONSIBILITY LAW. UNDER THIS DECISION A DISCHARGE IN BANKRUPTCY SATISFIES THE REQUIREMENT OF A STATE FINANICAL RESPONSIBILITY ACT. IN ACCORDANCE HEREWITH ATTORNEY GENERAL'S OPINION NO. 68-185, ISSUED JANUARY 16, 1969, IS EXPRESSLY OVERRULED. (PAUL C. DUNCAN)